**STATE ex rel. Charles M. WHITE**

v.

**Gary L. CONNORS.**

**No. 81–111–M.P.**

Supreme Court of Rhode Island.

March 26, 1981.

Stephen F. Mullen, Chief Special Counsel, Providence, Office of Special Counsel, Department of Transportation, for plaintiff-respondent.

Aram K. Berberian, for defendant-petitioner.

### ORDER

The petition for writ of certiorari and petitioner's motion to waive the filing fee herein are both denied.

SHEA, J., did not participate.

**TOWN OF BARRINGTON**

v.

**David E. ZEILSTRA et al.**

v.

**William VITALL, Building Inspector.**

**No. 81–124–M.P.**

Supreme Court of Rhode Island.

March 26, 1981.

Stephen J. Carlotti, Town Sol., Barrington, for plaintiff-respondent.

Oster, Groff & Prescott, George M. Prescott, Lincoln, for defendants-petitioners, David E. Zeilstra et al.

### ORDER

The petition for writ of certiorari and motion for stay are denied.

SHEA, J., did not participate.

**John YGLOWSKI et al.**

v.

**ZONING BOARD OF REVIEW OF The TOWN OF NORTH PROVIDENCE et al.**

**No. 81–88–A.**

Supreme Court of Rhode Island.

March 26, 1981.

Charles T. Rennick, Jr., Coventry, for plaintiffs.

Anthony M. Gallone and Domenic Tudino, Providence, for defendants.

### ORDER

The plaintiffs herein have appealed from an order of the Superior Court upholding a ruling of the Zoning Board of Review of the Town of North Providence. There is no right of appeal from such an order. *Bassi v. Zoning Board of Review*, 107 R.I. 702, 271 A.2d 210 (1970).

Therefore, the defendants' motion to dismiss plaintiffs' appeal is hereby granted.

SHEA, J., did not participate.